# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** | CASE NO. **1:26CR 024** |
| v. | JUDGE **J. BARRETT** |
| MICHAEL CARR, **Defendant.** | **INDICTMENT** 21 U.S.C. § 841(a)(1) 21 U.S.C. § 841(b)(1)(C) **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Distribution of Cocaine)

On or about November 5, 2025, in the Southern District of Ohio, the defendant, **MICHAEL CARR**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

**In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 2
### (Distribution of Cocaine and Fentanyl)

On or about November 25, 2025, in the Southern District of Ohio, the defendant, **MICHAEL CARR**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), both Schedule II controlled substances.

**In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 3
### (Distribution of Fentanyl and Marijuana)

On or about December 2, 2025, in the Southern District of Ohio, the defendant, **MICHAEL CARR**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, and a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

**In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 4
### (Distribution of Fentanyl)

On or about December 15, 2025, in the Southern District of Ohio, the defendant, **MICHAEL CARR**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

**In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 5
### (Distribution of Fentanyl)

On or about December 18, 2025, in the Southern District of Ohio, the defendant, **MICHAEL CARR**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

**In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 6
### (Distribution of Fentanyl)

On or about January 6, 2026, in the Southern District of Ohio, the defendant, **MICHAEL CARR**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

**In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 7
### (Distribution of Fentanyl)

On or about January 14, 2026, in the Southern District of Ohio, the defendant, **MICHAEL CARR**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

**In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 8
### (Distribution of Fentanyl)

On or about February 4, 2026, in the Southern District of Ohio, the defendant, **MICHAEL CARR**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

**In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 9
### (Distribution of Heroin)

On or about February 13, 2026, in the Southern District of Ohio, the defendant, **MICHAEL CARR**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

**In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses set forth in Counts 1 through 9 of this Indictment, the defendant, **MICHAEL CARR,** shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation(s), and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s).

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other

property of the defendants, up to the value of the property described above.

**A TRUE BILL**

/s/

**GRAND JURY FOREPERSON**

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

**FREDERIC C. SHADLEY**
**ASSISTANT UNITED STATES ATTORNEY**