## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO.: 1:26-CR-00024** |
| | : | |
| **Plaintiff,** | : | **JUDGE BARRETT** |
| | : | |
| **v.** | : | **SUPERSEDING INDICTMENT** |
| | : | |
| **MICHAEL CARR,** | : | **21 U.S.C. § 841(a)(1)** |
| | : | **21 U.S.C. § 841(b)(1)(B)(vi)** |
| **Defendant.** | : | **21 U.S.C. § 841(b)(1)(C)** |
| | : | **18 U.S.C. § 922(g)(1)** |
| | : | **18 U.S.C. § 924(c)(1)(A)(i)** |
| | : | |
| | : | **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES**:

### COUNT 1
### (Distribution of Cocaine)

On or about November 5, 2025, in the Southern District of Ohio, the defendant, **MICHAEL CARR**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

**In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

### COUNT 2
### (Distribution of Cocaine and Fentanyl)

On or about November 25, 2025, in the Southern District of Ohio, the defendant, **MICHAEL CARR**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), both Schedule II controlled substances.

**In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 3
### (Distribution of Fentanyl and Marijuana)

On or about December 2, 2025, in the Southern District of Ohio, the defendant, **MICHAEL CARR**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, and a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

**In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 4
### (Distribution of Fentanyl)

On or about December 15, 2025, in the Southern District of Ohio, the defendant, **MICHAEL CARR**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

**In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 5
### (Distribution of Fentanyl)

On or about December 18, 2025, in the Southern District of Ohio, the defendant, **MICHAEL CARR**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

**In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 6
### (Distribution of Fentanyl)

On or about January 6, 2026, in the Southern District of Ohio, the defendant, **MICHAEL CARR**, did knowingly and intentionally distribute a mixture and substance containing a detectable

amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

**In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

### COUNT 7
**(Distribution of Fentanyl)**

On or about January 14, 2026, in the Southern District of Ohio, the defendant, **MICHAEL CARR**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

**In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

### COUNT 8
**(Distribution of Fentanyl)**

On or about February 4, 2026, in the Southern District of Ohio, the defendant, **MICHAEL CARR**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

**In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

### COUNT 9
**(Distribution of Heroin)**

On or about February 13, 2026, in the Southern District of Ohio, the defendant, **MICHAEL CARR**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

**In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 10
### (Possession with Intent to Distribute Fentanyl and Cocaine)

On or about March 12, 2026, in the Southern District of Ohio, at 216 Yale Avenue Apt. D, Dayton, Ohio, the defendant, **MICHAEL CARR**, did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance; and a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

**In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(vi) 841(b)(1)(C).**

## COUNT 11
### (Possession of a Firearm in Furtherance of Drug Trafficking)

On or about March 12, 2026, in the Southern District of Ohio, at 216 Yale Avenue Apt. D, Dayton, Ohio, the defendant, **MICHAEL CARR**, did knowingly possess a firearm, that is, a Glock 27, .40 caliber firearm with serial number BVEN786; a Glock 33 .357 caliber firearm, with serial number BHSD821; and an American Tactical, .45 caliber 1911 firearm, with serial number ML13412, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the offense charged in Count Ten of this Indictment, possession with intent to distribute fentanyl and cocaine, in violation of 21 U.S.C. § 841(a)(1).

**In violation of 18 U.S.C. § 924(c)(1)(A)(i).**

## COUNT 12
### (Possession of a Firearm by a Prohibited Person)

On or about March 12, 2026, in the Southern District of Ohio, at 216 Yale Avenue Apt. D, Dayton, Ohio, the defendant, **MICHAEL CARR**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Glock 27, .40 caliber firearm with serial number BVEN786; a Glock 33 .357

caliber firearm, with serial number BHSD821; and an American Tactical, .45 caliber 1911 firearm, with serial number ML13412, and the firearms were in and affecting interstate commerce.

**In violation of 18 U.S.C. § 922(g)(1).**

## COUNT 13
### (Possession with Intent to Distribute Cocaine)

On or about March 12, 2026, in the Southern District of Ohio, at 359 Pamela Avenue, Dayton, Ohio, the defendant, **MICHAEL CARR**, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

**In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 14
### (Possession of a Firearm by a Prohibited Person)

On or about March 12, 2026, in the Southern District of Ohio, at 359 Pamela Avenue, Dayton, Ohio, the defendant, **MICHAEL CARR**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Glock 29 Gen4 10mm firearm, with serial number BTHW665; and an Anderson Manufacturing AM15 300 Blackout firearm, with serial number 23060020, and the firearms were in and affecting interstate commerce.

**In violation of 18 U.S.C. § 922(g)(1).**

## FORFEITURE ALLEGATION 1

Upon conviction of one or more of the offenses set forth in Counts 1 through 10 and/or 13 of this Superseding Indictment, the defendant, **MICHAEL CARR**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation(s), and (2) any property used, or

intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s), including but not limited to:

Property seized at 216 Yale Avenue Apt. D, Dayton, Ohio:

    a.   a Glock 27, .40 caliber firearm, bearing serial number BVEN786, including a Pro Drum Magazine, and 31 rounds of .40 caliber ammunition;

    b.   a Glock 33, .357 caliber firearm, bearing serial number BHSD821, including an SGM extended magazine and 17 rounds of .357 caliber ammunition;

    c.   an American Tactical, .45 caliber 1911 firearm, bearing serial number ML13412; including a magazine and 5 rounds of .45 caliber ammunition;

Property seized at 359 Pamela Avenue, Dayton, Ohio:

    d.   $4,960.00 in U.S. currency;

    e.   a Glock 29 Gen4, 10mm firearm, bearing serial number BTHW665, including 2 magazines and 58 rounds of 10mm ammunition; and

    f.   an Anderson Manufacturing AM-15 300 Blackout, multi-caliber rifle, bearing serial number 23060020, including any attachments and ammunition.

## FORFEITURE ALLEGATION 2

Upon conviction of one or more of the offenses set forth in Counts 10 through 14 of this Superseding Indictment, the defendant, **MICHAEL CARR**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation(s) including, but not limited to, the firearms and ammunition listed in Forfeiture Allegation 1.

## SUBSTITUTE ASSETS

If any of the property described in Forfeiture Allegations 1 and 2, as a result of any act or omission of the defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) or as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

**A TRUE BILL**

_____
**GRAND JURY FOREPERSON**

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

_____
**FREDERIC C. SHADLEY**
**ASSISTANT UNITED STATES ATTORNEY**